## ERIO GODINEZ *v.* HARTFORD SQUARE ASSOCIATES
### (5971)

DUPONT, C. J., BORDEN and SPALLONE, JS.

Argued June 7—decision released June 24, 1988

*Jeffrey J. Mirman,* with whom, on the brief, was *Bianca D. Mackey,* for the appellant (plaintiff).

*Andrew J. O'Keefe,* with whom was *Maureen Sullivan Dinnan,* for the appellee (defendant).

PER CURIAM. There is no error.

## SAMUEL ALLAWERDIAN *v.* JENNI PRIEBE
### (6145)

DALY, STOUGHTON and O'CONNELL, JS.

Argued June 14—decision released June 23, 1988

*Ellen C. Brown,* for the appellant (plaintiff).

*David S. Williams,* for the appellee (defendant).

PER CURIAM. There is no error.